Page: 1

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 16-24792 LMI  
**Case Name:** Noelia Esther Valdes  
**Period Ending:** 03/31/18

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE  
**Filed (f) or Converted (c):** 11/01/16 (f)  
**§341(a) Meeting Date:** 12/07/16  
**Claims Bar Date:** 05/26/17

| 1 Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 11901 SW 45 St Miami FL 33175 EXEMPT | 905,000.00 | 0.00 | | 0.00 | FA |
| 2 | 741 SW 98 PL Cir Miami FL 33174 EXEMPT | 272,000.00 | 0.00 | | 0.00 | FA |
| 3 | Appliances | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 4 | Electronics | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 5 | Household goods and furnishings | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 6 | Treadmill | 100.00 | 100.00 | | 100.00 | FA |
| 7 | Wearing apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Furs and jewelry | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 9 | American Express retirement | 700.00 | 0.00 | | 0.00 | FA |
| 10 | FPL | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 11 | FPL Real Estate Broker | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Child Support | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Met Life | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 3rd Party Transfer Claims (u) | 0.00 | 12,400.00 | | 12,400.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,192,600.00** | **$25,000.00** | | **$25,000.00** | **$0.00** |

**Major activities affecting case closing:**  
CBD: 5/26/17 - CLAIM OBJECTIONS PENDING  
TAX RETURN: FINAL RETURN TO BE FILED

THE TRUSTEE SETTLED WITH THE DEBTOR FOR HER ASSETS OVER EXEMPTIONS.  ONCE THE CLAIMS ARE ADJUDICATED, THE TRUSTEE WILL MOVE TO CLOSE THE CASE.

**Initial Projected Date of Final Report (TFR):** May 01, 2018          **Current Projected Date of Final Report (TFR):** August 31, 2018

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 16-24792 LMI | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| **Case Name:** Noelia Esther Valdes | **Bank Name:** | Signature Bank |
| | **Account:** | ******5096 - Checking |
| **Taxpayer ID#:** ******7967 | **Blanket Bond:** | $73,967,000.00 (per case limit) |
| **Period:** 04/01/17 - 03/31/18 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/09/17 | Asset #14 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1241-000 | 11,250.00 | | 11,250.00 |
| 05/09/17 | | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | | 1,250.00 | | 12,500.00 |
| 05/09/17 | Asset #14 | | PAYMENT PER ORDER DATED 4/6/17 (DE 51)  1,150.00 | 1241-000 | | | 12,500.00 |
| 05/09/17 | Asset #6 | | 100.00 | 1129-000 | | | 12,500.00 |
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 16.95 | 12,483.05 |
| 06/09/17 | Asset #3 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 13,733.05 |
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 24.70 | 13,708.35 |
| 07/14/17 | Asset #10 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 14,958.35 |
| 07/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 25.66 | 14,932.69 |
| 08/03/17 | Asset #10 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 16,182.69 |
| 08/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 32.46 | 16,150.23 |
| 09/06/17 | | CHASE CASHIER'S CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | | 1,250.00 | | 17,400.23 |
| 09/06/17 | Asset #10 | | PAYMENT PER ORDER DATED 4/6/17 (DE 51)  500.00 | 1129-000 | | | 17,400.23 |
| 09/06/17 | Asset #5 | | 750.00 | 1129-000 | | | 17,400.23 |
| 09/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 30.64 | 17,369.59 |
| 10/09/17 | Asset #5 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 18,619.59 |
| 10/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 35.88 | 18,583.71 |

Page: 2

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-24792 LMI | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Noelia Esther Valdes | Bank Name: | Signature Bank |
| | | Account: | ******5096 - Checking |
| Taxpayer ID#: | ******7967 | Blanket Bond: | $73,967,000.00 (per case limit) |
| Period: | 04/01/17 - 03/31/18 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/17 | Asset #3 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 19,833.71 |
| 11/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 35.52 | 19,798.19 |
| 12/04/17 | Asset #4 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 21,048.19 |
| 12/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 37.32 | 21,010.87 |
| 01/08/18 | | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | | 1,250.00 | | 22,260.87 |
| 01/08/18 | Asset #3 | | PAYMENT PER ORDER     500.00<br>DATED 4/6/17 (DE 51) | 1129-000 | | | 22,260.87 |
| 01/08/18 | Asset #4 | | 750.00 | 1129-000 | | | 22,260.87 |
| 01/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 44.51 | 22,216.36 |
| 02/09/18 | Asset #4 | CHASE CASHIERS CHECK NOELIA E VALDES REMITTER | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 23,466.36 |
| 02/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 39.81 | 23,426.55 |
| 03/15/18 | | CHASE CASHIERS CHECK - REMITTER NOELIA E VALDES | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | | 1,250.00 | | 24,676.55 |
| 03/15/18 | Asset #8 | | PAYMENT PER ORDER   1,000.00<br>DATED 4/6/17 (DE 51) | 1129-000 | | | 24,676.55 |
| 03/15/18 | Asset #4 | | 250.00 | 1129-000 | | | 24,676.55 |

Page: 3

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 16-24792 LMI | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Noelia Esther Valdes | Bank Name: | Signature Bank |
| | | Account: | ******5096 - Checking |
| Taxpayer ID#: | ******7967 | Blanket Bond: | $73,967,000.00 (per case limit) |
| Period: | 04/01/17 - 03/31/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 44.40 | 24,632.15 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 25,000.00 | 367.85 | $24,632.15 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 25,000.00 | 367.85 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,000.00** | **$367.85** | |

| | | | Net | Net | Account |
| Net Receipts: | $25,000.00 | **TOTAL - ALL ACCOUNTS** | Receipts | Disbursements | Balances |
| Net Estate: | $25,000.00 | **Checking # ******5096** | 25,000.00 | 367.85 | 24,632.15 |
| | | | $25,000.00 | $367.85 | $24,632.15 |