UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:    Noelia Esther Valdes    § Case No. 16-24792-LMI
         §
         §
Debtor(s)    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

    SONEET R. KAPILA, CHAPTER 7 TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,000.00 *(without deducting any secured claims)* | Assets Exempt: $1,177,000.00 |
| Total Distribution to Claimants: $5,780.05 | Claims Discharged Without Payment: $177,403.19 |
| Total Expenses of Administration: $19,219.95 | |

    3) Total gross receipts of $25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | 3,361,895.00 | 730,330.54 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,219.95 | 19,219.95 | 19,219.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 25,885.00 | 35,728.38 | 2,466.94 | 2,466.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 218,052.65 | 180,716.30 | 3,313.11 |
| **TOTAL DISBURSEMENTS** | **$3,387,780.00** | **$1,003,331.52** | **$202,403.19** | **$25,000.00** |

4) This case was originally filed under Chapter 7 on 11/01/2016. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/04/2019        By: /s/ SONEET R. KAPILA, CHAPTER 7 TRUSTEE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Appliances | 1129-000 | 3,000.00 |
| Electronics | 1129-000 | 3,500.00 |
| FPL | 1129-000 | 3,000.00 |
| Furs and jewelry | 1129-000 | 1,000.00 |
| Household goods and furnishings | 1129-000 | 2,000.00 |
| Treadmill | 1129-000 | 100.00 |
| 3rd Party Transfer Claims | 1241-000 | 12,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Real Time Resolutions, Inc. | 4110-000 | N/A | 730,330.54 | 0.00 | 0.00 |
| NOTFILED | Glenda Baldriche | 4110-000 | 123,124.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DAMAYURIS ORTEGA | 4110-000 | 132,216.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | ditech | 4110-000 | 400,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Real Time Resolutions | 4110-000 | 383,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Regulatory and Economic | 4110-000 | 23,625.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRS/Centralized Lien Operation | 4110-000 | 44,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CENTRAL MORTGAGE | 4110-000 | 1,555,930.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | OCWEN LOAN SERV. | 4110-000 | 700,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,361,895.00** | **$730,330.54** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SONEET R. KAPILA, CHAPTER 7 TRUSTEE | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| SONEET R. KAPILA, CHAPTER 7 TRUSTEE | 2200-000 | N/A | 52.64 | 52.64 | 52.64 |
| Stearns Weaver Miller, et al | 3210-000 | N/A | 12,435.00 | 12,435.00 | 12,435.00 |
| Stearns Weaver Miller, et al | 3220-000 | N/A | 901.29 | 901.29 | 901.29 |
| KAPILAMUKAMAL, LLP | 3410-000 | N/A | 1,728.00 | 1,728.00 | 1,728.00 |
| KAPILAMUKAMAL, LLP | 3420-000 | N/A | 21.48 | 21.48 | 21.48 |
| Signature Bank | 2600-000 | N/A | 831.54 | 831.54 | 831.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$19,219.95** | **$19,219.95** | **$19,219.95** |

**EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

**EXHIBIT 6 - PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Miami-Dade county, Florida | 5800-000 | N/A | 33,261.44 | 0.00 | 0.00 |
| 6 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 2,466.94 | 2,466.94 | 2,466.94 |
| NOTFILED | IRS/Centralized Lien Operation | 5800-000 | 13,579.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fidelity National Title Insurance | 5800-000 | 9,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | RECEIVE RECOV | 5800-000 | 2,029.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NATIONWIDE REC | 5800-000 | 777.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$25,885.00** | **$35,728.38** | **$2,466.94** | **$2,466.94** |

**EXHIBIT 7 - GENERAL UNSECURED CLAIMS**

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 644.32 | 644.32 | 13.00 |
| 2 | Damayuris Ortega | 7100-000 | N/A | 132,216.00 | 132,216.00 | 2,667.49 |
| 3 | Verizon | 7100-000 | N/A | 596.46 | 0.00 | 0.00 |
| 6 | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 30,875.54 | 30,875.54 | 622.92 |
| 6 | INTERNAL REVENUE SERVICE | 7400-000 | N/A | 16,499.75 | 16,499.75 | 0.00 |
| 7 | American Express Bank FSB | 7100-000 | N/A | 3,029.27 | 0.00 | 0.00 |
| 8 | American Express Bank FSB | 7100-000 | N/A | 1,350.37 | 0.00 | 0.00 |
| 9 | American Express Bank FSB | 7100-000 | N/A | 7,244.08 | 0.00 | 0.00 |
| 10 | American Express Bank FSB | 7100-000 | N/A | 3,162.33 | 0.00 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 480.69 | 480.69 | 9.70 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 21,953.84 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | N/A | $218,052.65 | $180,716.30 | $3,313.11 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 1

**Case Number:** 16-24792 LMI  
**Case Name:** Noelia Esther Valdes  
**Period Ending:** 10/04/19

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE  
**Filed (f) or Converted (c):** 11/01/16 (f)  
**§341(a) Meeting Date:** 12/07/16  
**Claims Bar Date:** 05/26/17

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 11901 SW 45 St Miami FL 33175 EXEMPT | 905,000.00 | 0.00 | | 0.00 | FA |
| 2 | 741 SW 98 PL Cir Miami FL 33174 EXEMPT | 272,000.00 | 0.00 | | 0.00 | FA |
| 3 | Appliances | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 4 | Electronics | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 5 | Household goods and furnishings | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 6 | Treadmill | 100.00 | 100.00 | | 100.00 | FA |
| 7 | Wearing apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Furs and jewelry | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 9 | American Express retirement | 700.00 | 0.00 | | 0.00 | FA |
| 10 | FPL | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 11 | FPL Real Estate Broker | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Child Support | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Met Life | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 3rd Party Transfer Claims (u) | 0.00 | 12,400.00 | | 12,400.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,192,600.00** | **$25,000.00** | | **$25,000.00** | **$0.00** |

**Major activities affecting case closing:**  
CBD: 5/26/17 - CLAIM OBJECTIONS COMPLETE  
TAX RETURN: FINAL RETURN FILED

THE TRUSTEE SETTLED WITH THE DEBTOR FOR HER ASSETS OVER EXEMPTIONS.  TFR

**Initial Projected Date of Final Report (TFR):** May 01, 2018    **Current Projected Date of Final Report (TFR):** February 05, 2019 (Actual)

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| Case Number: | 16-24792 LMI | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Noelia Esther Valdes | | Bank Name: | Signature Bank |
| | | | Account: | ******5096 - Checking |
| Taxpayer ID#: | **-***7967 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 10/04/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/09/17 | Asset #14 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1241-000 | 11,250.00 | | 11,250.00 |
| 05/09/17 | | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | | 1,250.00 | | 12,500.00 |
| 05/09/17 | Asset #14 | | PAYMENT PER ORDER DATED 4/6/17 (DE 51) 1,150.00 | 1241-000 | | | 12,500.00 |
| 05/09/17 | Asset #6 | | 100.00 | 1129-000 | | | 12,500.00 |
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 16.95 | 12,483.05 |
| 06/09/17 | Asset #3 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 13,733.05 |
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 24.70 | 13,708.35 |
| 07/14/17 | Asset #10 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 14,958.35 |
| 07/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 25.66 | 14,932.69 |
| 08/03/17 | Asset #10 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 16,182.69 |
| 08/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 32.46 | 16,150.23 |
| 09/06/17 | | CHASE CASHIER'S CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | | 1,250.00 | | 17,400.23 |
| 09/06/17 | Asset #10 | | PAYMENT PER ORDER DATED 4/6/17 (DE 51) 500.00 | 1129-000 | | | 17,400.23 |
| 09/06/17 | Asset #5 | | 750.00 | 1129-000 | | | 17,400.23 |
| 09/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 30.64 | 17,369.59 |
| 10/09/17 | Asset #5 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 18,619.59 |
| 10/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 35.88 | 18,583.71 |
| 11/15/17 | Asset #3 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 19,833.71 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 2

| Case Number: | 16-24792 LMI | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Noelia Esther Valdes | | Bank Name: | Signature Bank |
| | | | Account: | ******5096 - Checking |
| Taxpayer ID#: | **-***7967 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 10/04/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 35.52 | 19,798.19 |
| 12/04/17 | Asset #4 | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 21,048.19 |
| 12/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 37.32 | 21,010.87 |
| 01/08/18 | | CHASE CASHIERS CHECK | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | | 1,250.00 | | 22,260.87 |
| 01/08/18 | Asset #4 | | 750.00 | 1129-000 | | | 22,260.87 |
| 01/08/18 | Asset #3 | | PAYMENT PER ORDER        500.00<br>DATED 4/6/17 (DE 51) | 1129-000 | | | 22,260.87 |
| 01/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 44.51 | 22,216.36 |
| 02/09/18 | Asset #4 | CHASE CASHIERS CHECK NOELIA E VALDES REMITTER | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | 1129-000 | 1,250.00 | | 23,466.36 |
| 02/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 39.81 | 23,426.55 |
| 03/15/18 | | CHASE CASHIERS CHECK - REMITTER NOELIA E VALDES | PAYMENT PER ORDER DATED 4/6/17 (DE 51) | | 1,250.00 | | 24,676.55 |
| 03/15/18 | Asset #4 | | 250.00 | 1129-000 | | | 24,676.55 |
| 03/15/18 | Asset #8 | | PAYMENT PER ORDER     1,000.00<br>DATED 4/6/17 (DE 51) | 1129-000 | | | 24,676.55 |
| 03/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 44.40 | 24,632.15 |
| 04/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 47.07 | 24,585.08 |
| 05/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 46.98 | 24,538.10 |
| 06/29/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 43.87 | 24,494.23 |
| 07/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 48.32 | 24,445.91 |
| 08/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 46.71 | 24,399.20 |
| 09/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 42.11 | 24,357.09 |
| 10/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 49.55 | 24,307.54 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 16-24792 LMI | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Noelia Esther Valdes | | Bank Name: | Signature Bank |
| | | | Account: | ******5096 - Checking |
| Taxpayer ID#: | **-***7967 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period Ending: | 10/04/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 44.95 | 24,262.59 |
| 12/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 46.36 | 24,216.23 |
| 01/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 47.77 | 24,168.46 |
| 06/07/19 | 1001 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | Dividend of 100.000000000% | 2100-000 | | 3,250.00 | 20,918.46 |
| 06/07/19 | 1002 | KAPILAMUKAMAL, LLP | Dividend of 100.000000000% | 3410-000 | | 1,728.00 | 19,190.46 |
| 06/07/19 | 1003 | KAPILAMUKAMAL, LLP | Dividend of 100.000000000% | 3420-000 | | 21.48 | 19,168.98 |
| 06/07/19 | 1004 | Stearns Weaver Miller, et al | Dividend of 100.000000000% | 3210-000 | | 12,435.00 | 6,733.98 |
| 06/07/19 | 1005 | Stearns Weaver Miller, et al | Dividend of 100.000000000% | 3220-000 | | 901.29 | 5,832.69 |
| 06/07/19 | 1006 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | Dividend of 100.000000000% | 2200-000 | | 52.64 | 5,780.05 |
| 06/07/19 | 1007 | INTERNAL REVENUE SERVICE | Dividend of 100.000000000%, Claim No. 6 | 5800-000 | | 2,466.94 | 3,313.11 |
| 06/07/19 | 1008 | PYOD, LLC its successors and assigns as assignee | Dividend of 2.017525030%, Claim No. 1 | 7100-000 | | 13.00 | 3,300.11 |
| 06/07/19 | 1009 | Portfolio Recovery Associates, LLC | Dividend of 2.017525030%, Claim No. 11 | 7100-000 | | 9.70 | 3,290.41 |
| 06/07/19 | 1010 | Damayuris Ortega | Dividend of 2.017525030%, Claim No. 2 | 7100-000 | | 2,667.49 | 622.92 |
| 06/07/19 | 1011 | INTERNAL REVENUE SERVICE | Dividend of 2.017525030%, Claim No. 6 | 7100-000 | | 622.92 | 0.00 |

| | | | ACCOUNT TOTALS | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 25,000.00 | 25,000.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,000.00 | $25,000.00 | |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 4

| | | | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| Net Receipts: | | $25,000.00 | Checking # ******5096 | 25,000.00 | 25,000.00 | 0.00 |
| Net Estate: | | $25,000.00 | | $25,000.00 | $25,000.00 | $0.00 |